UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOEL REYES GERMAN,
                           Petitioner,      22 Civ. 7409 (LGS)
                                        6 Crim. 484-3 (LGS)
        -against-
                                              **ORDER**

UNITED STATES OF AMERICA,
                           Respondent.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Petitioner Joel Reyes German brings this habeas petition to vacate his 18 U.S.C. § 924(c) gun conviction based on an attempted Hobbs Act robbery, which is no longer a valid § 924(c) predicate after the Supreme Court's recent decisions in *United States v. Davis*, 588 U.S. 445 (2019), and *United States v. Taylor*, 596 U.S. 845 (2022). It is hereby

    **ORDERED** that by **April 30, 2025**, the parties each shall submit a letter addressing the impact on the Petition of the appeal waiver in the parties' plea agreement, including a discussion of *Cook v. United States*, 84 F.4th 118 (2d Cir. 2023).

Dated: April 21, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE