**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

JOEL REYES GERMAN,

                      Petitioner,                  22 **CIVIL** 7409 (LGS)
                                                            6 **CR.** 494-3 (LGS)

    -against-

                                                             **JUDGMENT**

UNITED STATES OF AMERICA,

                      Respondent.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 3, 2025, Petitioner's petition to vacate under 28 U.S.C. § 2255 is DENIED. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2); Gray v. United States, 980 F.3d 264, 265 (2d Cir. 2020). Judgment is entered; accordingly, case 22cv7409 is closed.

**DATED:**  New York, New York
               June 4, 2025

                                                    **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                    **BY:**      *K. Mango*

                                                            **Deputy Clerk**